# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: PORRAS, RUBEN | § Case No. 11-18779 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Rosenberg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $16,780.00 *(without deducting any secured claims)* | Assets Exempt: $16,970.00 |
| Total Distribution to Claimants: $613.06 | Claims Discharged Without Payment: $62,917.34 |
| Total Expenses of Administration: $1,886.94 | |

3) Total gross receipts of $ 2,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $139,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,886.94 | 1,886.94 | 1,886.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,039.00 | 61,750.40 | 61,750.40 | 613.06 |
| **TOTAL DISBURSEMENTS** | $201,039.00 | $63,637.34 | $63,637.34 | $2,500.00 |

    4) This case was originally filed under Chapter 7 on June 03, 2011. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2015          By: /s/David A. Rosenberg, Trustee
                                          Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1465 Linn Ln., Las Vegas, NV 89110, (SURRENDER) | 1110-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | $2,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 139,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $139,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David A. Rosenberg, Trustee | 2100-000 | N/A | 625.00 | 625.00 | 625.00 |
| David A. Rosenberg, Trustee | 2200-000 | N/A | 416.90 | 416.90 | 416.90 |
| Robert W. Meissner, LLC | 3520-000 | N/A | 765.04 | 765.04 | 765.04 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| --- | --- | --- | --- | --- | --- |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,886.94** | **$1,886.94** | **$1,886.94** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | OLD REPUBLIC INSURANCE CO. | 7100-000 | 60,259.00 | 61,750.40 | 61,750.40 | 613.06 |
| NOTFILED | Elsa Von Schulenburg, MD c/o Acctcorp of Southern Nevada | 7100-000 | 279.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Gutierre c/o Acctcorp of Southern Nevada | 7100-000 | 938.00 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Elsa Von Schulenburg, MD c/o Acctcorp of Southern Nevada | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$62,039.00** | **$61,750.40** | **$61,750.40** | **$613.06** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-18779  
**Case Name:** PORRAS, RUBEN  

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 06/03/11 (f)  
**§341(a) Meeting Date:** 07/08/11  

**Period Ending:** 04/21/15  
**Claims Bar Date:** 10/02/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   1465 Linn Ln., Las Vegas, NV 89110, (SURRENDER)<br>    Order authorizing employment of real estate agent<br>    for estate entered  1/23/2013 [Doc 26]<br>Motion to sell filed 2/18/2013 [Doc 27]<br>Opposition filed 3/13/2013 [Doc 34]<br>Withdrawal filed 6/4/2013 [Doc 35]<br>Filing new motion to sell | 116,000.00 | 0.00 | | 2,500.00 | FA |
| 2   Checking -- Wells Fargo -- #2527<br>    No value to estate | 60.00 | 60.00 | | 0.00 | FA |
| 3   Savings -- Wells Fargo -- #2651<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 4   Household goods<br>    No value to estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 5   Clothing<br>    No value to estate | 200.00 | 0.00 | | 0.00 | FA |
| 6   2011 income tax refund<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 7   2005 GMC Yukon<br>    No value to estate | 13,770.00 | 0.00 | | 0.00 | FA |
| 8   1991 Ford Ranger<br>    No value to estate | 750.00 | 0.00 | | 0.00 | FA |
| 8   Assets   Totals (Excluding unknown values) | $132,780.00 | $60.00 | | $2,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    Approval of TDR by USTO  
    Approval of TFR by USTO  
    Ready for TFR.  
    03/11/14 - Report of sale filed  
    02/24/14: Order Granting Sale Subject To Entered.  
    1/7/2014 - Motion to sell real property filed  
    Waiting for determination on house.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-18779  
**Case Name:** PORRAS, RUBEN  

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 06/03/11 (f)  
**§341(a) Meeting Date:** 07/08/11  

**Period Ending:** 04/21/15  

**Claims Bar Date:** 10/02/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    July 8, 2013        **Current Projected Date Of Final Report (TFR):**    November 4, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-18779 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | PORRAS, RUBEN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6166 - Checking Account |
| Taxpayer ID #: | **-***5653 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/11/14 | {1} | Argo Nevada LLC | Proceeds from sale of real property - subject to liens | 1110-000 | 2,500.00 | | 2,500.00 |
| 03/17/14 | 101 | Robert W. Meissner, LLC | Claim allowed per Court Order entered 2/24/2014 [Doc 46] | 3520-000 | | 765.04 | 1,734.96 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,724.96 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,714.96 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,704.96 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,694.96 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,684.96 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,674.96 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,664.96 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,654.96 |
| 02/12/15 | 102 | OLD REPUBLIC INSURANCE CO. | Dividend paid  0.99% on $61,750.40; Claim# 1; Filed: $61,750.40; Reference: | 7100-000 | | 613.06 | 1,041.90 |
| 02/12/15 | 103 | David A. Rosenberg, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,041.90 | 0.00 |
| | | | Dividend paid 100.00%        625.00 on $625.00;  Claim# ; Filed: $625.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        416.90 on $416.90;  Claim# ; Filed: $416.90 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 2,500.00 | 2,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,500.00 | 2,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,500.00 | $2,500.00 | |

{} Asset reference(s)

Printed: 04/21/2015 03:49 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-18779 | **Trustee:** David A. Rosenberg, Trustee (480023) |
| **Case Name:** PORRAS, RUBEN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6166 - Checking Account |
| **Taxpayer ID #:** **-***5653 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/21/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 2,500.00 | |
| Net Estate : | $2,500.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6166 | 2,500.00 | 2,500.00 | 0.00 |
| | $2,500.00 | $2,500.00 | $0.00 |

{} Asset reference(s)

Printed: 04/21/2015 03:49 PM    V.13.15